### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No.   13-cr-00294-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. MARIA MEJIA-RODAS,
      a/k/a Mary Elizabeth Carrillo,

      Defendant.

---

### ORDER

---

PURSUANT to and in accordance with the Order entered by the Judge William J. Martínez, it is

ORDERED that Defendant Maria Mejia-Rodas is sentenced to TIME SERVED.

DATED: December 5, 2013

BY THE COURT:

Judge William J. Martínez
United States District Judge